IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JALYN SCHILLING, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

G&S PIZZA, INC.,

      Defendant.

ORDER

22-cv-410-jdp

---

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR FINAL
APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT AGREEMENT
AND MEMORANDUM IN SUPPORT

IT IS ORDERED that Plaintiff's Motion for Final Approval is GRANTED and the Court hereby:

(1) finally certifies the collective action pursuant to Section 216(b) of the Fair Labor Standards Act (FLSA) and the class action pursuant to Federal Rule of Civil Procedure 23 for settlement purposes only;

(2) grants the motion for final approval of the Agreement, Dkt. 36, and finds its terms to be fair, reasonable, and adequate, except as those terms are inconsistent with this order;

(3) approves distribution of no less than $1,136.85 to the FLSA collective to be divided in accordance with each member's pro-rata share;

(4) approves distribution of no less than $1,695 to be divided equally among the state-law class members;

(5) approves a service award payment in the amount of $1,000 to Jalyn Schilling;

(6) directs the administrator to mail settlement checks to class and collective members no later than 15 days after the deadline for filing an appeal has expired or any appeals have been resolved, whichever is later;

(7)   approves payment of no more than $6,500 to the settlement claims administrator;

(8)   approves $10,000 in attorney fees and costs to class counsel;

(9)   dismisses the case with prejudice;

(10)  directs the clerk of court to enter judgment and close the case.

Entered April 11, 2025.

                            BY THE COURT:

                            _____
                            JAMES D. PETERSON
                            District Judge