IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JALYN SCHILLING, individually and on behalf
of all others similarly situated,

        Plaintiff,

v.

G&S PIZZA, INC.,

        Defendant.

Case No. 22-cv-410-jdp

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered certifying a class under Fed. R. Civ. P. 23 and a collective under Section 216(b) of the Fair Labor Standards Act (FLSA) as follows: " All persons who worked for G&S Pizza, Inc. as a delivery driver at a Domino's pizza store between September 15, 2019, and September 14, 2022."

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered approving the settlement agreement, dkt. 34-1, and the supplemental settlement agreement, dkt. 34-4, and finding the terms to be fair, reasonable, and adequate; approving distribution of no less than $1,136.85 to the FLSA collective to be divided in accordance with each member's pro rata share; approving distribution of no less than $1,695 to be divided equally among the state-law class members; approving a service award payment of $1,000 to Jalyn Schilling; approving $10,000 in attorney fees and costs to class counsel; approving payment of no more than $6,500 to the settlement claims administrator; directing the settlement administrator to mail settlement checks to class and collective members no later than 15 days after the

deadline for filing an appeal has expired or any appeals have been resolved, whichever is later; and dismissing this case with prejudice.

Approved as to form this __15TH__ day of April, 2025.

_____
James D. Peterson
District Judge

_____          __4/15/25_____
Joel Turner                              Date
Clerk of Court